

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco C. Mendez Jimenez<br>Petitioner<br><br>V.<br><br>Department of Homeland Security; Attorney General of the State of California<br>Respondent | Civil Action No.   17cv0073-CAB-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is Dismissed.

Date:   4/13/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez

J. Gutierrez, Deputy